IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| **JESSIE GRAHAM,** : | **7:24-cr-26-WLS-TQL-2** |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Tuesday, August 13, 2024, at 3:00 p.m. and for trial during the Court's Specially Set September 2024 Valdosta trial term (Doc. 32). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant, Jessie Graham, filed a timely Unopposed Motion for Continuance (Doc. 34) ("Motion") stating Defense Counsel was appointed to represent Defendant on July 17, 2024, and Defense Counsel received discovery from the Government on July 17, 2024.

Defendant requests a continuance of the trial so that Defense Counsel has time to review the discovery, investigate the case, discuss the discovery and Defendant's options with Defendant. Defense Counsel represents that she conferred with Government's counsel, Assistant United States Attorney, Sonja Profit, who does not oppose the Motion. Defense Counsel requests that the period of delay in holding the trial be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 34) is **GRANTED**.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2024[1] trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The August 13, 2024 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 5th day of August 2024.

                                       /s/W. Louis Sands
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**

---

[1] Defense Counsel does not specify the duration of the continuance needed. However, Defendant's co-defendant, Clemson Maurice Graham, has requested a continuance to the Court's next available trial term which is November 2024. *See* Doc. 33.