**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|    v. | : | |
| | : | **CASE NO:** |
| | : | **7:24-cr-26–WLS-ALS** |
| **CLEMSON MAURICE GRAHAM and** | : | |
| **JESSIE JAMES GRAHAM,** | : | |
| | : | |
|    **Defendants.** | : | |
| _____ | : | |

**<u>ORDER</u>**

Previously, the Court provided the Parties with notice that this case was scheduled for a pretrial conference on Wednesday, October 1, 2025, at 3:00 p.m. and for trial during Court's November 2025  Valdosta Trial Term (Doc. 71). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant, Clemson Maurice Graham ("Clemson Graham"), filed an Amended Unopposed Motion for Continuance in the Interest of Justice (Docs. 73, 74) ("Motion") requesting a continuance of the pretrial conference and trial because on September 26, 2025, Defendant filed a motion that the government reveal the identity of the confidential informant used in this case (Doc. 72). Additional time will be needed to litigate such motion. Defense Counsel represents that he conferred with Government's Counsel who does not oppose the Motion.  Defense Counsel further states that the ends of justice requires the continuance and that the period of delay in holding the trial is excludable under the Speedy Trial Act 18 U.S.C. § 3161.

The Court notes that although co-defendant Jessie James Graham ("Jessie Graham") is not a party to the Motion, he is charged as a co-defendant with Clemson Graham, and review of the docket reflects that no motion for severance has been filed or granted in this case.

Based on Defendant Clemson Graham's stated reasons and those set out more fully in his Motion, the Court finds that the ends of justice served by granting a continuance outweigh

1

the best interests of the public and the Defendants Clemson Graham and Jessie Graham in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). The Court further finds with respect to Co-Defendant Jessie Graham that a delay to the next available trial term is reasonable where Co-Defendant Jessie Graham is joined for trial with Co-Defendant Clemson Graham, as to whom the time for trial has not run and no motion for severance has been granted. *See* 18 U.S.C. § 3161(h)(6).

Accordingly, the Court hereby **ORDERS** that:

1.      The trial of Clemson Graham and Jessie Graham is **CONTINUED** to the Valdosta Division **February 2026** trial term and its conclusion or as may otherwise be ordered by the Court.

2.      The time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice.

3.      Further, the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(6) because the delay is reasonable, and Co-Defendant Jessie Graham is joined for trial with Co-Defendant Clemson Graham as to whom the time for trial has not run and no motion for severance has been filed or granted.

The October 1, 2025 pretrial conference with respect to Defendants Clemson Maurice Graham and Jesse James Graham is **CANCELLED**.

**SO ORDERED**, this 30th day of September 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**