IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-26-02 |
| | : | |
| JESSIE GRAHAM, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### Order Granting Motion to Continue

Defendant Jessie Graham moves to continue his trial in the interests of justice. (Doc. 84). The Court previously continued this trial when it granted co-Defendant Clemson Graham's motion to continue. (Doc. 75). And the Court recently continued the trial as to Clemson Graham only (Doc. 82) because Clemson Graham indicated he had reached tentative terms for a plea agreement with the Government. (Doc. 81 at 2). The Defendants were indicted jointly in the same indictment and no motion for severance has been filed. *See* 18 U.S.C.A. § 3161(b). Defendant Jessie Graham missed the December 16, 2025, deadline to file any motions to continue. (Doc. 80). However, Jessie Graham now requests that his trial be continued along with Clemson Graham's. (Doc. 84). He states judicial economy would support his case being continued. (*Id.*)

Based on Jessie Graham's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Jessie Graham in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

Thus, and for good cause shown, the Motion (Doc. 84) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division May 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 31st day of December 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**