**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| | : | **7:24-cr-26–WLS-ALS** |
| **CLEMSON MAURICE GRAHAM and** | : | |
| **JESSIE JAMES GRAHAM,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

The Court intends to notice this case for the May 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, February 27, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 18th day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**