**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**          :
                                       :
    **v.**                             :
                                       :          **CASE NO:**
                                       :          **7:24-cr-26-WLS-ALS-2**
**JESSE JAMES GRAHAM,**                :
                                       :
        **Defendant.**                 :
_____    :

## ORDER

This case was scheduled for a jury trial beginning May 4, 2026. (*See* Docket text entry dated April 8, 2026). On April 15, 2026, the Government filed a Superseding Indictment (Doc. 99) charging Defendant with maintaining a drug involved premises, distribution of molly, MDMA (3 counts), possession of a firearm with obliterated serial number, and possession of a firearm in furtherance of a drug trafficking crime. The original Indictment (Doc. 1) charged Defendant with possession with intent to distribute methamphetamine (1 count) along with the possession of a firearm in furtherance of a drug trafficking crime.

Before the Court is Defendant's Unopposed Motion for Continuance (Doc. 102) ("Motion") advising the Court that in light of the new charges in the Superseding Indictment, counsel requires more time to meet and confer with her client and to confer with the Government's counsel regarding a possible resolution. Defense Counsel represents that she conferred with Government's counsel, Assistant United States Attorney, Sonja Profit, who does not oppose the Motion. Defense Counsel requests that the period of delay in holding the trial be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 102) is **GRANTED**.

1

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2026[1] trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The trial in this case scheduled to begin May 4, 2026, is **CANCELLED**.

**SO ORDERED**, this 20th day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Defense Counsel does not specify the duration of the continuance needed. The August 2026 term is the Court's next Valdosta trial term.

2