IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA,      :
      :
  v.           :
      :      CASE NO:
JESSIE JAMES GRAHAM,      :      7:24-cr-26–WLS-ALS-2
      :
    Defendant.      :
      :

## ORDER

The Court intends to notice this case for the August 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 15th day of May 2026.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1